IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE EDWARD YOUNG,

    Petitioner,                    No. CIV S-09-CV-2999 MCE CHS P

    vs.

D.K. SISTO, WARDEN,

    Respondent.                ORDER

_____/

        Petitioner, Clarence Edward Young, is a state prisoner proceeding pro se with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner challenges the execution the August 23, 2007 decision by the Board of Parole Hearings finding him unsuitable for parole. After reviewing the record, it does not appear that complete copies of the transcripts of the August, 23, 2007 parole hearing have been lodged. Specifically, the copies of the parole hearing transcripts lodged by both Petitioner and Respondent are missing page number seventy-six.

        Therefore, IT IS ORDERED that Respondent lodge a complete copy of the transcripts of the August 23, 2007 parole hearing within 21 days of the date of this order.

DATED: September 28, 2010

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1