IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE EDWARD YOUNG,

    Petitioner,                              No. CIV S-09-2999 MCE CHS P

    vs.

D.K SISTO,[1]

    Respondent.                         <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas corpus proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In making this determination, the court evaluates the likelihood of success on the merits and the ability of Petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir.1983). Here, Petitioner has articulated his claims reasonably well and the issues presented are not complex. Therefore, the

---

[1] Gary Swarthout is substituted for his predecessor, D.K. Sisto, as the current acting warden at California State Prison, Solano, where Petitioner is currently incarcerated, pursuant to Fed. R. Civ. P. 25(d).

1

1 | interests of justice do not require the appointment of counsel at this time.

2 |       Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment

3 | of counsel is denied.

4 | DATED: February 4, 2011

*/s/ Charlene H. Sorrentino*

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE