IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE EDWARD YOUNG,

      Petitioner,                      No. CIV S-09-02999 MCE CHS P

    vs.

D.K. SISTO,

      Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, sought relief pursuant to 28 U.S.C. § 2254. Judgment was entered and this action was terminated on April 6, 2011. On April 25, 2011, Petitioner filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

        Rule 24 of the Federal Rules of Appellate Procedure provides:

> a party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

FED. R. APP. P. 24. Since the district court has not certified that Petitioner's appeal is not taken in good faith or otherwise found that petitioner is not entitled to proceed on appeal in forma pauperis, petitioner's motion for leave to proceed in forma pauperis on appeal will be denied as

unnecessary.  Petitioner is advised that he is already authorized to proceed on appeal in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that petitioner's April 25, 2011 motion to proceed in forma pauperis on appeal is denied as unnecessary.  *See* F<small>ED</small>. R. A<small>PP</small>. P. 24.

DATED: April 29, 2011

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE